## Claims Distribution Small Checks

**Trustee: HAROLD P. BULAN (521350)**

**Case:** 08-11306 - O'BRIEN, DAVID M.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200020205526 | 110 | 07/16/10 | 2 | 07/17/08 | 610 | Payee: U.S. Bankruptcy Court<br>SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG | 88.22 | 88.22 | 2.45 | $2.45<br>2.45 |

Check Amount: $2.45

Receipt #1109026 2
7/20/10 MD
$2.45

FILED
JUL 20 2010
BANKRUPTCY COURT
BUFFALO, NY

Case 1-08-11306-MJK    Doc 38    Filed 07/20/10    Entered 07/21/10 11:32:53    Desc Main
Document    Page 1 of 1

(*) Denotes objection to Amount Filed